**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ANGELA WOODHULL,**

    Plaintiff,

vs.                                                CASE NO. 1:07CV224-SPM/AK

**IRA PHILPOT, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Request for Double Mailing of all documents. (Doc. 9). Having considered said motion, the court is of the opinion that it should be **GRANTED**, and the Clerk shall note on the docket and mail to Plaintiff all court papers to the two addresses listed on her request.

**DONE AND ORDERED** this **22nd** day of February, 2008.

                                                          *s/ A. KORNBLUM*
                                                          **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**