**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ANGELA WOODHULL,**

    **Plaintiff,**

**vs.**                                                                                   **CASE NO. 1:07CV224-SPM/AK**

**IRA JUDSON PHILPOT,**

    **Defendants.**

_____/

**O R D E R**

Presently before the Court is Plaintiff's Motion for Default Judgment and Motion to Strike. (Doc. 16). Defendant has filed an Answer on March 10, 2008, and therefore, there has been no default pursuant to Rule 55, Federal Rules of Civil Procedure. Plaintiff wants the answer stricken because it was five days late. Such a minor delay is not grounds for striking an answer and would only cause further delay to a just disposition of this matter. Development of this case is now in order and the parties should conduct themselves according to the Initial Scheduling Order, which was entered on March 12, 2008. (See Doc. 14). Therefore, Plaintiff's Motion for Default Judgment and to Strike (doc. 16) is **DENIED**.

    **DONE AND ORDERED** this ___**14th**___ day of April, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv224-spm/ak**