**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ANGELA WOODHULL,**

    **Plaintiff,**

**vs.**                                          **CASE NO. 1:07CV224-SPM/AK**

**IRA JUDSON PHILPOT,**

    **Defendants.**

    _____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause of action alleging that Defendant breached a contract with her concerning a residence in Gainesville, Florida, wherein Defendant agreed to grant her a lifetime estate, but evicted her upon their divorce.  (Doc. 1).

Defendant moves to dismiss this lawsuit for lack of subject matter jurisdiction in that no federal law has been pled and no diversity exists between the parties.  See 28 U.S.C. §§ 1331 and 1332.  (Doc. 18).

Despite Plaintiff's response that she was domiciled in Ohio at the time the complaint was filed, the address provided on the pleading was Gainesville, Florida. (Doc. 1).  Although Plaintiff used two addresses at one time during these proceedings, (doc. 9, 11), she herself admits that she was in Ohio for the purpose of taking care of her mother (doc. 9), and she later requested that mail no longer be sent to the Ohio address in August, 2008.  (Doc. 24).

Diversity jurisdiction is established at the time the complaint is filed and upon the facts at that time.  <u>Mas v. Perry</u>, 489 f.2d 1396 (5th Cir. 1974).  Federal diversity jurisdiction does not change when the citizenship of the parties change after the complaint is filed.  <u>Id</u>.  Consequently, the affidavit attached to Plaintiff's response to the motion (doc. 21), that establishes she paid rent to Richard Filisky in April 2008 for a residence in Ohio, does not carry her burden of proof that when she filed this cause of action she resided in Gainesville.

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant's Motion to Dismiss (doc. 18) be **GRANTED**, and Plaintiff's complaint (doc. 1) be **DISMISSED** for lack of jurisdiction.

**IN CHAMBERS** at Gainesville, Florida, this  **25th**  day of November, 2008.


<u>s/ A. KORNBLUM</u>
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**No. 1:07cv224-SPM/AK**