IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANGELA WOODHULL,

    Plaintiff,

vs.                                             1:07-CV-224-SPM

IRA JUDSON PHILPOT,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation. (doc. 29)  The parties have been furnished a copy and have been afforded an opportunity to file objections.  To date, no objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby

ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 29) is *adopted* and incorporated by reference in this order.

2.     Defendant's Motion to Dismiss (doc. 18) is *granted*.

3.     This case is *dismissed with prejudice* for lack of jurisdiction.

DONE AND ORDERED this <u>third</u> day of March, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge